IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LIZBETH AGUIRRE, ET AL. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0225 |
| | ) | Judge Trauger |
| MITSUBISHI MOTORS NORTH AMERICA, INC., ET AL. | ) | |
| | ) | |
| Defendants | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed by close of business on Friday, December 21, 2012.

The jury trial set for December 4, 2012 and the pretrial conference set for November 30, 2012 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 26th day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge